**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Jennifer McCall,

    Plaintiff,

v.

Express, Inc., *et al.*,

    Defendant.

Case No. 2:23-cv-3739
Judge James L. Graham
Magistrate Judge Chelsey M. Vascura

## Order

This matter is before the Court on the Magistrate Judge's Report and Recommendation, which recommended that that Plaintiff's claims against Does 1–50, inclusive, be dismissed without prejudice pursuant to Rule 4(m) for failure to timely effect service of process.

No objections to the Report and Recommendation have been filed. Upon review, the Court agrees with the Report and Recommendation (ECF No. 24), which is hereby adopted.

The Court orders that Plaintiff's claims against Does 1–50, inclusive, be DISMISSED WITHOUT PREJUDICE for failure to timely effect service of process.

IT IS SO ORDERED.

    s/ James L. Graham
    JAMES L. GRAHAM
    United States District Judge

DATE: April 30, 2024